Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) atomizers were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 41001.**—Protests 650789–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bridge table paper weights chiefly used on the table or in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) cited.

**No. 41002.**—Protests 901112–G, etc., of Strauss Bros. & Co. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bridge table paper weights chiefly used on the table or in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) cited.

**No. 41003.**—Protest 922105–G of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of metal banks similar to those the subject of Abstract 38680. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 41004.**—Protest 933560–G of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20), animal pencil holders plated with silver were held dutiable at 50 percent under paragraph 339 as claimed.

**No. 41005.**—Protests 947353–G, etc., of Heinrich Herrmann & Weiss et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of letter openers, hair curlers, curling irons, necktie hangers, thimbles, scuttles, butlers (trays), and boxes chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and Abstract 38680 cited.

**No. 41006.**—Protest 947990–G of Strawbridge & Clothier (Philadelphia).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bookends the same as those the subject of Abstract 28750. The claim at 40 percent under paragraph 339 was therefore sustained.